IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY FOREHAND,

    Plaintiff,

vs.                                  CASE NO. 5:10cv247/RS-EMT

N. ROBINSON, AW Programs;
R. KOWALCZYK, Head Chaplain; and
L. LAND, Chaplain for Jewish Inmates,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice because of plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on December 13, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**